

The Mirvis Law Firm, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JAN 0 7 2020

December 31, 2019

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: JAN 0 7 2020

**Via ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Mishel Levinski**
**18 – CR – 509 – 12(GBD)**

Honorable Judge Daniels:

On behalf of Mr. Mishel Levinski, I write to respectfully request an additional modification of Mr. Levinski's bail conditions. Mr. Levinski requests permission to travel to the following tournaments in his quest to make the US Olympic team:

London World championship of ping pong: The BetVictor World Championship of Ping Pong Alexandra Palace, London, January 25-26, 2020

2020 ITTF World Tour Spanish Open February 4-7, Palacio Municipal de Deportes de Granada Paseo del Emperador Carlos V N1 CP18001 Granada

2020 ITTF Challenge Plus, Portugal Open February 12-February 15 Sports complex Casal Vistoso R. João da Silva, 1900-098 Lisboa, Portugal

METZ TENNIS DE TABLE COMPLEXE ST SYMPHORIEN BOULEVARD ST SYMPHORIEN 57050 LONGEVILLE LES METZ

Metz is a training facility and he would return on or before February 19, 2020 for his scheduled change of plea hearing.

If permission is granted, Mr. Levinski would provide his itinerary to Pretrial. Upon his return he would return his passport as directed. The Government consents to this Application. Pretrial takes no position.


## THE MIRVIS LAW FIRM, P.C.

    We thank the Court in advance for its attention and consideration of this Application.

**Respectfully Submitted,**

/s/ Tony Mirvis
By:  Tony Mirvis, Esq.

cc:    AUSA Matthew Hellman (Via ECF)
        PTSO Jonathan Lettieri (Via ECF)