USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 25 2020



THE MIRVIS LAW FIRM, P.C.

February 24, 2020

**Via ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: FEB 25 2020

Re: **United States v. Mishel Levinski**
**18 – CR – 509 – 12(GBD)**

Honorable Judge Daniels:

On behalf of Mr. Mishel Levinski, I write to respectfully request an additional modification of Mr. Levinski's bail conditions. Mr. Levinski respectfully requests permission to travel to compete in ping pong tournaments in furtherance of his quest to make the USA Olympic team to Oman from March 10, 2020 through March 15, 2020 and Italy from April 1, 2020 through April 5, 2020.

AUSA Hellman consents to this request and Mr. Levinski's Pretrial Services Officer takes no position..

If permission is granted, Mr. Levinski would provide his itinerary to Pretrial services as soon as practicable.

We thank the Court in advance for its attention and consideration of this Application.

**Respectfully Submitted,**

/s/ Tony Mirvis
By: Tony Mirvis, Esq.

cc: AUSA Matthew Hellman (Via ECF)
PTSO Jonathan Lettieri (Via ECF)