**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

-against-

MISHEL LEVINSKI; NIKOLAY TUPKIN; MAXIM SUVERIN; GANISHER BIDJIEV; FARIDA RADJABOVA,

Defendants.

------------------------------------- x

ORDER

18 Crim. 509-12 (GBD)
18 Crim. 509-23 (GBD)
18 Crim. 509-26 (GBD)
18 Crim. 509-27 (GBD)
18 Crim. 509-28 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 2, 2020 conference is adjourned to June 4, 2020 at 10:00 a.m.

Dated: New York, New York
March 24, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge