UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

MISHEL LEVINSKI,

               Defendants.

------------------------------------- X

<u>ORDER</u>

18 Crim. 509-12 (GBD)

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #*
*DATE FILED: JUN 08 2020*

GEORGE B. DANIELS, District Judge:

    The June 18, 2020 sentencing is adjourned to October 8, 2020 at 10:00 a.m.

Dated: June 8, 2020
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE