**THE MIRVIS LAW FIRM, P.C.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 30 2020

June 25, 2020

**Via ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JUN 30 2020

Re: **United States v. Mishel Levinski**
**18 – CR – 509 – 12(GBD)**

Honorable Judge Daniels:

On behalf of Mr. Mishel Levinski, I write to respectfully request an additional modification of Mr. Levinski's bail conditions. Mr. Levinski respectfully requests permission to travel to Germany from August 15, 2020 through September 15, 2020. Mr. Levinski was offered a contract to play professionally in Germany for next season which runs from mid-August through Mid-September (First Round). The full season and playoffs end in March but the current request is only through the first round. A copy of the Contract can be provided to the Court if necessary.

AUSA Hellman does not consent to this request based on concerns related to the COVID-19 pandemic.

Mr. Levinski's Pretrial Services Officer takes no position.

If permission is granted, Mr. Levinski would provide his itinerary to Pretrial services as soon as practicable.

We thank the Court in advance for its attention and consideration of this Application.

**Respectfully Submitted,**

/s/ Tony Mirvis
By:   Tony Mirvis, Esq.

cc:   AUSA Matthew Hellman (Via ECF)
      PTSO Jonathan Lettieri (Via ECF)