

# THE MIRVIS LAW FIRM, P.C.

October 2, 2020

**Via ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



                Re:   **United States v. Mishel Levinski**
                      **18 – CR – 509 – 12(GBD)**

Honorable Judge Daniels:

On behalf of Mr. Mishel Levinski, I write to respectfully request an additional modification of Mr. Levinski's bail conditions. Mr. Levinski respectfully requests permission to travel to the following g tournaments:

1. 2020 Fall Open ICC
   October 10-11
   1507 N. Milpitas Blvd

2. Vernon Hills Giant RR
   Nov 7-8
   635 N aspen drive , Vernon hills ,IL

3. SAN ANTONIO FALL OPEN
   November 14th, 2020
   San Antonio Texas

4. Presper Financial Architects Open
   November 20-21, 2020
   Akron Ohio

**SO ORDERED:**

*George B. Daniels* (signature)
George B. Daniels, U.S.D.J.

Dated: OCT 02 2020

AUSA Hellman consents to this request. Mr. Levinski's Pretrial Services Officer consents as well.

If permission is granted, Mr. Levinski would provide his itinerary to Pretrial services as soon as practicable.

28 DOOLEY STREET, 3RD FLOOR, BROOKLYN, NY 11235
PHONE: 718.934.4141· FAX: 718.228.8408
MIRVIS.TONY@GMAIL.COM



## THE MIRVIS LAW FIRM, P.C.

We thank the Court in advance for its attention and consideration of this Application.

**Respectfully Submitted,**

/s/ Tony Mirvis
By:   Tony Mirvis, Esq.

cc:   AUSA Matthew Hellman (Via ECF)
      PTSO Jonathan Lettieri (Via ECF)