UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES,

                Plaintiff,

      -against-

MISHEL LEVINSKI,

               Defendant.

------------------------------------- x

ORDER

18 Crim. 509-12 (GBD)

GEORGE B. DANIELS, United States District Judge:

The sentencing scheduled for December 10, 2020 will take place at 11:00 a.m.

Dated: New York, New York
       November 30, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge