

THE MIRVIS LAW FIRM, P.C.

December 1, 2020   SO ORDERED

**Via ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

DEC 0 2 2020

The December 10, 2020 sentencing is adjourned to February 4, 2021 at 10:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Re:   **United States v. Mishel Levinski**
      **18 – CR – 509 – 12(GBD)**

Honorable Judge Daniels:

On behalf of Mr. Mishel Levinski, I write to respectfully request an adjournment of his sentencing, which is currently scheduled for December 10, 2020. This request if necessary due to issues brought upon by the COVID-19 pandemic. Specifically, Mr. Levinski has had difficulty obtaining character and reference letters which I plan on attaching to Mr. Levinski's sentencing memorandum. Mr. Levinski has been able to obtain a few letters, a few are still outstanding.

**Wherefore**, I respectfully request Mr. Levinski's sentencing hearing be adjourned to January 28, 2021 or a later date that is mutually convenient for the Court and the Government.

The Government, by AUSA Emily Johnson consents to this request. This is Mr. Levinski's second request for an adjournment of sentencing.

We thank the Court in advance for its attention and consideration of this Application.

**Respectfully Submitted,**

/s/ Tony Mirvis
By:   Tony Mirvis, Esq.

cc:   AUSA Matthew Hellman (Via ECF)
      AUSA Emily Johnson (Via ECF)