

**THE MIRVIS LAW FIRM, P.C.**

January 28, 2021

**Via ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JAN 2 8 2021

Re: **United States v. Mishel Levinski**
**18 – CR – 509 – 12(GBD)**

Honorable Judge Daniels:

On behalf of Mr. Mishel Levinski, I write to respectfully request an additional modification of Mr. Levinski's bail conditions. Mr. Levinski respectfully requests permission to travel to the following tournament:

1. $3000 Nittaku Ohio Open
   January 29-30, 2021
   Akron, Ohio

AUSA Johnson stated that she defers to Pretrial on domestic travel requests. Pretrial consents to this request.

If permission is granted, Mr. Levinski would provide his itinerary to Pretrial services as soon as practicable.

We thank the Court in advance for its attention and consideration of this Application.

**Respectfully Submitted,**

/s/ Tony Mirvis
By:  Tony Mirvis, Esq.

cc:  AUSA Matthew Hellman (Via ECF)
     PTSO Jonathan Lettieri (Via ECF)

28 DOOLEY STREET, 3RD FLOOR, BROOKLYN, NY 11235
PHONE: 718.934.4141· FAX: 718.228.8408
MIRVIS.TONY@GMAIL.COM