

THE MIRVIS LAW FIRM, P.C.

February 5, 2021

**Via ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                                     Re: **United States v. Mishel Levinski**
                                              **18 – CR – 509 – 12(GBD)**

Honorable Judge Daniels:

       On behalf of Mr. Mishel Levinski, I write to respectfully request an additional modification of Mr. Levinski's bail conditions. Mr. Levinski respectfully requests permission to travel to Germany from February 24, 2021 through March 5, 2021. Your Honor has previously allowed Mr. Levinski to travel to Germany to play in this league. (Dkt. # 603).

       AUSA Johnson does not consent to this request as the Government is opposed to international travel. Mr. Levinski's Pretrial Services Officer takes no position. If permission is granted, Mr. Levinski would provide his itinerary to Pretrial services as soon as practicable.

       We thank the Court in advance for its attention and consideration of this Application.

                                                  **Respectfully Submitted,**

                                                  /s/ Tony Mirvis
                                   By:   Tony Mirvis, Esq.

cc:   AUSA Emily Johnson (Via ECF)

**SO ORDERED:**

/s/ George B. Daniels
George B. Daniels, U.S.D.J.
Dated: FEB 10 2021

28 DOOLEY STREET, 3RD FLOOR, BROOKLYN, NY 11235
PHONE: 718.934.4141 · FAX: 718.228.8408
MIRVIS.TONY@GMAIL.COM