

THE MIRVIS LAW FIRM, P.C.

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 3 2021*

**Via ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

March 2, 2021

**SO ORDERED**

The March 11, 2021 sentencing is
Adjourned to April 29, 2021 at 10:00 a.m.

/s/ George B. Daniels
HON.

MAR 03 2021

Re:   **United States v. Mishel Levinski**
      **18 – CR – 509 – 12(GBD)**

Honorable Judge Daniels:

On behalf of Mr. Mishel Levinski, I write to respectfully request a thirty (30) day adjournment of his sentencing, which is currently scheduled for March 11, 2021. This request if necessary due to myself having a medical procedure last month and although I am getting better, I am still not 100%.

The Government, by AUSA Hellman consents to this request. This is Mr. Levinski's fourth request for an adjournment of sentencing. However, it is his first request that is based on undersigned counsel's medical issues.

**Wherefore**, I respectfully request Mr. Levinski's sentencing hearing be adjourned for thirty (30) days to a date that is mutually convenient for the Court and the Government.

We thank the Court in advance for its attention and consideration of this Application.

                              **Respectfully Submitted,**

                              /s/ Tony Mirvis
                        By:   Tony Mirvis, Esq.

cc:   AUSA Matthew Hellman (Via ECF)