THE MIRVIS LAW FIRM, P.C. 

April 30, 2021

**Via ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: MAY 0 3 2021

Re: **United States v. Mishel Levinski**
**18 – CR – 509 – 12(GBD)**

Honorable Judge Daniels:

On behalf of Mr. Mishel Levinski, I write to respectfully request an additional modification of Mr. Levinski's bail conditions. Mr. Levinski respectfully requests permission to travel to the following tournaments on the date listed for the tournament below.

1. 2021 Butterfly Sandhills Open
Fayetteville, North Carolina
MAY 07 - 09, 2021

2. $5000 Barbara Wurster Memorial Open
Akron, Ohio
MAY 14 - 15, 2021

3. 2021 National Team & 2021 Pan Am Junior Games Team Trials
Fort Worth, Texas
MAY 21 - 26, 2021

28 DOOLEY STREET, 3RD FLOOR, BROOKLYN, NY 11235
PHONE: 718.934.4141· FAX: 718.228.8408
MIRVIS.TONY@GMAIL.COM


# THE MIRVIS LAW FIRM, P.C.

The last tournament in Texas is a qualification match for the world championship which will be held in the United States this year. The top 8 make it and Mr. Levinski is currently ranked #5.

The Government has previously notified the undersigned that they would not consent to any future travel requests. Prior to the submission of this Application, I sent an Email to the Government requesting their position and have not received a response. Mr. Levinski's Pretrial Services Officer does not object.

If permission is granted, Mr. Levinski would provide his itinerary to Pretrial services as soon as practicable.

We thank the Court in advance for its attention and consideration of this Application.

                                         **Respectfully Submitted,**

                                         /s/ Tony Mirvis
                               By:   Tony Mirvis, Esq.

cc:    AUSA Hellman (Via ECF)

28 DOOLEY STREET, 3RD FLOOR, BROOKLYN, NY 11235
PHONE: 718.934.4141 · FAX: 718.228.8408
MIRVIS.TONY@GMAIL.COM