UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA
                                  :   CONSENT PRELIMINARY ORDER
        - v. -                        OF FORFEITURE/
                                  :   MONEY JUDGMENT
MISHEL LEVINSKI,
                                  :   18 Cr. 509 (GBD)
            Defendant.
                                  :
- - - - - - - - - - - - - - - - - x

        WHEREAS, on or about July 19, 2018, MISHEL LEVINSKI (the

"defendant"), among others, was charged in a two-count Indictment,

18 Cr. 509 (GBD) (the "Indictment"), with conspiracy to commit

wire fraud, in violation of Title 18, United States Code, Section

1349 (Count One); and conspiracy to commit money laundering, in

violation of Title 18, United States Code, Section 1956(h) (Count

Two);

        WHEREAS, the Indictment included a forfeiture allegation

as to Count One of the Indictment, seeking forfeiture to the United

States, pursuant to Title 18, United States Code, Section

981(a)(1)(C), as a result of the commission of the offense charged

in Count One of the Indictment, including but not limited to a sum

of money in United States currency representing the amount of

proceeds traceable to the commission of the offense charged in

Count One of the Indictment;

        WHEREAS, on or about February 20, 2020, the defendant

pled guilty to Count One of the Indictment, pursuant to a plea

agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money equal to $180,310 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $180,310 in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the defendant personally obtained; and

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, United States Attorney, Assistant United States Attorney, Matthew J.C. Hellman, of counsel, and the defendant, and his counsel, Tony Mirvis, Esq., that:

1.     As a result of the offense charged in Count One of the Indictment, to which the defendant pled guilty, a money judgment in the amount of $180,310 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the defendant personally obtained, shall be entered against the defendant.

2.     Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, MISHEL LEVINSKI, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3.     All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4.     The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture

Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____     5/27/21
    MATTHEW J.C. HELLMAN                   DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2278

MISHEL LEVINSKI

By: _____     05/27/2021
    MISHEL LEVINSKI                        DATE

By: _____     5/27/21
    TONY MIRVIS, ESQ.                      DATE
    Attorney for Defendant
    The Mirvis Law Firm, P.C.
    28 Dooley Street, 3ʳᵈ Floor
    Brooklyn, NY 11235

SO ORDERED:

_____     5/27/2
HONORABLE GEORGE B. DANIELS           DATE
UNITED STATES DISTRICT JUDGE