**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 0 20

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES,

                  Plaintiff,

      -against-

MISHEL LEVINSKI,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

18 Crim. 509-12 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Probation Department may approve Defendant's travel to various table tennis tournaments without prior approval by the Court. Any month in which Defendant is approved for travel, for any amount of time, shall not be counted toward the required twelve months of home confinement that Defendant must serve.

Dated: New York, New York
      June 9, 2021

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge